**Thomas E. O'CONNOR, Respondent,**

v.

**Deborah E. O'CONNOR, Appellant.**

No. 62299.

Missouri Court of Appeals,
Eastern District,
Division One.

Feb. 23, 1993.

Motion for Rehearing and/or Transfer to Supreme Court Denied March 24, 1993.

Application to Transfer Denied
April 20, 1993.

Joel W. Case, Sally S. Rajnoha, Ballwin, for appellant.

Howard Allen Wittner, Clayton, for respondent.

### ORDER

**PER CURIAM.**

A dissolution decree incorporated the parties' separation agreement. Subsequently, Wife filed a motion to determine and a motion for contempt. The trial court denied those motions. Wife appeals. We affirm per Rule 84.16(b). The order of the trial court is supported by substantial and competent evidence and no error of law appears. An opinion would have no precedential value. The parties have been fur-

nished with a memorandum for their information, only.